# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

**BRENDA L. FREEMAN**                                           **PLAINTIFF**

**v.**                                                          **CIVIL ACTION NO. 1:18-cv-97-LG-RHW**

**JERRY LEE'S GROCERY, INC.,**
**JERRY LEE, SUSAN LEE HARRIS,**
**ALICE DOUGLAS, AND JANE DOES 1-10**                        **DEFENDANTS**

## AGREED ORDER OF DISMISSAL OF DEFENDANT JERRY LEE

THIS CAUSE came on to be heard upon the Motion ore tenus of Defendant Jerry Lee to be dismissed and the Court being advised the attorney for Plaintiff has no objection, is of the opinion the Motion is well taken and should be granted. It is, therefore,

ORDERED AND ADJUDGED, Defendant Jerry Lee should be and hereby is dismissed without prejudice.

**SO ORDERED AND ADJUDGED** this the 16th day of July, 2018.

                                                         s/ *Louis Guirola, Jr.*
                                                         Louis Guirola, Jr.
                                                         United States District Judge

Agreed and Approved

/s/Jonathan Franco
Jonathan Franco, Attorney for Plaintiff
MSB# 104562

/s/Karl R. Steinberger
Karl R. Steinberger, Attorney for Defendants
MSB# 7830